# UNITED STATES DISTRICT COURT

EASTERN                          DISTRICT OF                          OKLAHOMA

JOHNNIE BURSON, ET AL.,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:          CIV-04-562-SH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has
rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and
a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Judgment as to all claims is hereby entered in favor of the defendant State Farm Mutual Automobile Insurance
Company against the plaintiffs Johnnie Burson, individually, Anna Burson, individually, and Johnnie and Anna
Burson, as natural parents and next friends of Michael Burson, a minor.

May 30, 2006
Date

William Bruce Guthrie
Clerk

s/Teresa Hathcoat
(By) Deputy Clerk